TODD M. NAGY *v.* COMMISSIONER OF CORRECTION
(AC 28184)

Bishop, Lavine and Peters, Js.

Argued May 27—officially released June 17, 2008

Per Curiam. The appeal is dismissed.

KEVIN LUCAS *v.* COMMISSIONER OF CORRECTION
(AC 28438)

McLachlan, Gruendel and Harper, Js.

Argued May 28—officially released June 17, 2008

Per Curiam. The appeal is dismissed.

STATE OF CONNECTICUT *v.* JOSE POLANCO
(AC 28182)

Flynn, C. J., and Robinson and Berdon, Js.

Argued May 20—officially released June 17, 2008

Per Curiam. The judgment is affirmed.